Peter H. Christensen #5453
John M. Zidow #10626
Ryan M. Stephens #16336
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
pchristensen@strongandhanni.com
jzidow@strongandhanni.com
rstephens@strongandhanni.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| STIRLING A. JONES and AZUCENA C. JONES individually and on behalf of J.J, a minor and J.J, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>NEAL R. PATEL<br><br>Defendant. | STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE<br><br><br><br>Civil No: 4:23-cv-00033<br>Judge: David Nuffer<br>Magistrate Judge: Paul Kohler |

Defendant and Plaintiffs, pursuant to Fed. R. Civ. P. 41(a), stipulate and jointly move the Court for entry of an Order dismissing this lawsuit against Defendant with prejudice and on the merits with the parties to bear their respective costs and fees. The parties have fully resolved and settled this case.

DATED this 3rd day of October 2023.

STRONG & HANNI

/s/ *John M. Zidow*
Peter H. Christensen
John M. Zidow
Ryan M. Stephens
*Attorneys for Defendant*

MCMULLIN INJURY LAW, PLLC


/s/ *Nathan Langston (signed with permission)*
Kigan Martineau
Nathan Langston
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October 2023, true and correct copy of the foregoing **STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE** was served by the method indicated below on the following:

| | | |
|---|---|---|
| Kigan Martineau | (X) | Electronic Filing |
| Nathan Langston | ( ) | U.S. Mail, Postage Prepaid |
| McMullin Injury Law, PLLC | ( ) | Email |
| 301 N. 200 E. Suite C | | |
| St. George, Utah 84770 | | |
| 435-673-9990 | | |
| kigan@stginjurylaw.com | | |
| nate@stginjurylaw.com | | |
| *Attorneys for Plaintiffs* | | |

/s/ *Edna Garcia*